## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | JAMES B. LOWES | ) | Case No.: 09-81470-JAC-7 |
| | SSN:  XXX-XX-9827 | ) | |
| | | ) | |
| | KATHLEEN S. LOWES. | ) | |
| | SSN:  XXX-XX-1320 | ) | |
| | | ) | |
| | Debtors. | ) | Chapter 7 |

## <u>ORDER</u>

This matter came before the Court for hearing upon the Amended Motion for Authority to Sell Assets Free and Clear of Liens and Notice of Sale and Motion for Turnover of Property of the Bankruptcy Estate (Doc. No.: 42) and Amended Notice of Intent to Sell Unencumbered Asset and Motion for Turnover (Doc. No.: 43) filed by the Trustee.  After proper notice, a hearing was held on September 14, 2009 with appearances by Kevin M. Morris as attorney for the Trustee and Lauren Fleenor Brooks as attorney for the Debtors.  Upon due consideration of the pleadings and the lack of any opposition thereto, by the Court it is

**ORDERED**, **ADJUDGED** and **DECREED** that the Trustee's Amended Motion for Authority to Sell Assets Free and Clear of Liens and Amended Notice of Intent to Sell Assets are APPROVED as filed;

**ORDERED**, **ADJUDGED** and **DECREED** that debtors shall turnover and deliver to the Trustee the 2005 Chevrolet Impala and Certificate of Title for the same within ten (10) days after entry of this Order;

**ORDERED**, **ADJUDGED** and **DECREED** that debtors shall turnover to the Trustee and peacefully vacate the subject real property within ten (10) days after entry of this Order; and it is further

**ORDERED**, **ADJUDGED** and **DECREED** that debtors' failure to abide by this Order or fully cooperate with the Trustee's sale my result in the Court entering sanctions against the debtors.

**DONE and ORDERED** this day September 15, 2009

/s/  Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge

1